Scott REEL, Appellant,

v.

Michael J. ASTRUE, Commissioner,
Social Security Administration,
Appellee.

No. 11–1578.

United States Court of Appeals,
Eighth Circuit.

Submitted: Sept. 7, 2011.

Filed: Sept. 9, 2011.

Frederick S. Spencer, Mountain Home, AR, for Appellant.

Jeremiah Hayes, Assistant Regional Counsel, Kristi Schmidt, Deputy, Social Security Administration Office of General Counsel Region VII, Kansas City, MO, Nicholas P. Llewellyn, U.S. Attorney's Office, St. Louis, MO, for Appellee.

Before MELLOY, BOWMAN, and SHEPHERD, Circuit Judges.

PER CURIAM.

Scott Reel appeals from the order of the District Court[1] affirming the denial of disability insurance benefits and supplemental security income. After de novo review, *see Van Vickle v. Astrue,* 539 F.3d 825, 828 (8th Cir.2008), we conclude that Reel failed to meet his burden of proving that his alcoholism was not a contributing factor

1. The Honorable Catherine D. Perry, Chief Judge, United States District Court for the Eastern District of Missouri.

2. We decline to address the issues that Reel has not adequately developed on appeal. *See*

material to the Commissioner's determination that he is disabled, *see Kluesner v. Astrue,* 607 F.3d 533, 537 (8th Cir.2010).[2] Accordingly, we affirm.

*Meyers v. Starke,* 420 F.3d 738, 743 (8th Cir. 2005).